63733. COOTS v. THE STATE.

SOGNIER, Judge.

Aggravated sodomy. This case is controlled by Division 1 of this court's opinion in the companion case of *Coots v. State,* 162 Ga. App. 359 (291 SE2d 725) (1982), which ruled on the same issue raised by appellant in the instant case.

*Judgment affirmed. Deen, P. J., and Pope, J., concur.*

DECIDED MAY 19, 1982.

*William H. Newton III,* for appellant.
*F. Larry Salmon, District Attorney, Robert D. Engelhart, Assistant District Attorney,* for appellee.